IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GIUSEPPE VILLICO                   :          CIVIL ACTION
                                   :
        v.                         :
                                   :
DONALD MONICA                      :          No. 07-cv-2218-JF

MEMORANDUM AND ORDER

Fullam, Sr. J.                                  September 4, 2007

        Plaintiff, an Italian citizen, seeks a writ of mandamus
to compel the defendant, the District Director of the U.S.
Citizenship and Immigration Services, Philadelphia, to adjudicate
his application for naturalization. The defendant has filed a
motion to dismiss plaintiff's complaint for lack of subject
matter jurisdiction and for failure to state a claim.
Defendant's arguments have been squarely rejected in an opinion
by my colleague Judge Kauffman, Mahammad Ajmal v. Robert Mueller,
III, C.A. 07-206 (E.D. Pa. July 17, 2007), and by several other
judges of this court.  I see no need to depart from these
holdings, and will therefore deny the defendant's motion.

        An Order follows.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GIUSEPPE VILLICO                    :           CIVIL ACTION
                                    :
          v.                        :
                                    :
DONALD MONICA                       :           No. 07-cv-2218-JF

ORDER

AND NOW, this 4th day of September 2007, upon

consideration of defendant's motion to dismiss the complaint, and

plaintiff's response, IT IS ORDERED:

That the defendant's motion is DENIED.  Defendant shall

file an answer to the complaint within 60 days.

BY THE COURT:

 /s/ John P. Fullam
John P. Fullam,   Sr. J.